Statement.

# Wytheville.

COMMONWEALTH OF VIRGINIA, AT THE RELATION OF
C. LEE MOORE, ETC. v. JULIA B. JONES,
EXECUTRIX, ETC.

June 16, 1927.

Error to an order of the Circuit Court of the city of Richmond.

*Writ dismissed as improvidently awarded.*

*E. Warren Wall,* for the Commonwealth.

*J. Vaughan Gary* and *Jos. M. Hurt, Jr.,* for the defendant in error.